JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 689 -- In re Litigation Involving Rights of Manuel I. Marusich

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/05/13 | 1 | MOTION, BRIEF, EXHIBITS 1-6 AND WAIVER OF ORAL ARGUMENT -- pltf. Manuel I. Marusich -- for transfer of action to either the District of Arizona or the District of Nevada -- w/cert. of service (cds) |
| 86/05/23 | | APPEARANCES: JAMES P. LAGATTUTA, ESQ. for James Wilson and William Breen; ALAN K. POLLEY, ESQ. for James Riley and Donald Barnett; WILLIAM REINKE for Manuel I. Marusich; RICHARD E. DESRUISSEAUX, ESQ. for K. Albright, R. Travers, T. Acklin, R. Mesinar, J. Campbell, John R. Kinsinger, Robert J. Miller, Gregory C. Diamond, Bernard Little and L.J. O'Neal (cds) |
| 86/05/28 | | APPEARANCE: SCOTT W. DOYLE, ESQ. for Judge Carl J. Christensen (cds) |
| 86/05/28 | 2 | RESPONSE/BRIEF -- defts. K. Albright, R. Travers, D. Mesinar, J. Campbell, T. Acklin, J. Kinsinger, G. Diamond, B. Little, R. Miller, and J. O'Neale --w/cert. of service (cds) |
| 86/05/28 | 3 | RESPONSE/BRIEF, EXHIBITS A-G -- deft. Frank C. Cook -- w/cert. of service (cds) |
| 86/06/02 | | APPEARANCE: JAMES R. OLSON, ESQ. for Frank C. Cook (rh) |
| 86/06/05 | 4 | RESPONSE -- (to pldg. #1) Carl J. Christensen -- w/cert. of svc. (rh) |
| 86/06/17 | 5 | RESPONSE -- (to pldg. #1) James Riley and Donald Barnett -- w/Request To File and cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of plaintiff Manuel I. Marusich for transfer A-1 thru A-2. Notified involved counsel, clerks and judges. (tmq) 7/24/86, Buffalo, New York. |
| 86/07/22 | 6 | LETTER -- Behalf of Carol Van Dyke -- W/Cert. of svc. (paa) |
| 86/07/22 | | WAIVER OF ORAL ARGUMENT -- ALL WAIVED (hearing for July 24, 1986) (rh) |
| 86/07/28 | | ORDER DENYING TRANSFER -- (A-1 and A-2) -- Notified involved counsel, misc. recipients, judges, and clerks (rh) |

JPML Form 1
Revised: 8/78

**DOCKET NO. 689 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CAPTION:** In re Litigation Involving Rights of Manuel I. Marusich

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 24, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 28, 1986 | DENIED | unpublised | | | |

**Special Transferee Information**

DATE CLOSED: 7-28-86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 689 -- In re Litigation Involving Rights of Manuel I. Marusich

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Manuel I. Marusich v. James Riley, et al. | Ariz. Browning | CIV-86-199-TUC-WDB | | | | |
| A-2 | Manuel I. Marusich v. K. Albright, et al. | Nev. George | CV-LV-86-307-LDG | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 689 -- In re Litigation Involving Rights of Manuel I. Marusich

---

MANUEL I. MARUSICH (A-1 and A-2)
William Reinke - 53793
Inmate Legal Assistant
ASPC-T, Santa Rita Unit
10,000 South Wilmot Road
Tucson, AZ  85777-0004

JAMES RILEY
DONALD BARNETT
Alan K. Polley, Esq.
Cochise County Attorney
Post Office Drawer CA
Bisbee, AZ  85603

JAMES WILSON
WILLIAM BREEN
James P. Lagattuta, Esq.
Assistant Attorney General
Office of the Arizona Attorney General
402 West Congress, Suite 315
Tucson, AZ  85701-1367

---

K. ALBRIGHT
R. TRAVERS
T. ACKLIN
R. MESINAR
J. CAMPBELL
JOHN R. KINSINGER
ROBERT J. MILLER
GREGORY C. DIAMOND
BERNARD LITTLE
L.J. O'NEAL
Richard E. Desruisseaux, Esq.
Rawlings, Olson & Cannon, P.C.
514 South Third Street
Las Vegas, NV  89101

FRANK COOK

James R. Olson, Esq.
Rawlings, Olson & Cannon, P.C.
514 South Third Street
Las Vegas, NV  89101

CARL CHRISTENSEN
Scott W. Doyle, Esq.
Deputy Attorney General
Office of the Attorney General
Heroes Memorial Bldg.
Capital Complex
Carson City, NV  89710

CAROLE VAN DYKE
(NO APEARANCE RECEIVED)
Carole Van Dyke, Officer
Dept. of Parole & Probation
State of Nevada
215 East Bonanza Road
Las Vegas, NV  89158

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 689 -- In re Litigation Involving Rights of Manuel I. Marusich

| Name of Party | Named as Party in Following Actions |
|---|---|
| James Riley | A-1 |
| James Wilson | A-1 |
| Donald Barnett | A-1 |
| William Breen | A-1 |
| ✓ K. Albright<br>Las Vegas Metro. Police | A-2 |
| ✓ R. Travers<br>LVM Police | A-2 |
| ✓ J. Acklin<br>LVM Police | A-2 |
| ✓ R. Mosinar<br>LVM Police | A-2 |
| ✓ J. Campbell | A-2 |
| — Frank C. Cook | A-2 |
| ✓ John R. Kinsinger | A-2 |

p. 2

| | | |
|---|---|---|
| ✓ | Robert J. Miller | A-2 |
| ✓ | Gregory C. Diamond | A-2 |
| ✓ | Bernard Little | A-2 |
| ✓ | ~~Jim~~ L.J. O'Neal | A-2 |
| — | Carl J. Christensen | A-2 |
| | Carole Van Dyke | A-2 |
| | | |
| | | |
| | | |
| | | |
| | | |