JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 28 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 689

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING RIGHTS OF MANUEL I. MARUSICH

ORDER DENYING TRANSFER

This litigation consists of the two actions listed on the attached Schedule A and pending, respectively, in the District of Arizona and the District of Nevada.  Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Manuel I. Marusich, the plaintiff in both actions, for an order centralizing the actions in either the District of Arizona or the District of Nevada for coordinated or consolidated pretrial proceedings.  All responding parties oppose the motion.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.  Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact that may be involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer.  See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969).  Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings.  See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1]  The parties to these actions waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs.  Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-689 -- In re Litigation Involving Rights of Manuel I. Marusich

### District of Arizona

Manuel I. Marusich v. James Riley, et al., C.A. No.
CIV-86-199-TUC-WDB

### District of Nevada

Manuel I. Marusich v. K. Albright, et al., C.A. No.
CV-LV-86-307-LDG